DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MYRON DICKERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2077

[November 9, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 09-021776-CF-10A.

Myron Dickerson, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***